FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 2 6 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,   ) 2:16-CR-043-GMN-(CWH)
                            )
           Plaintiff,       )
                            )
    v.                      ) Preliminary Order of Forfeiture
                            )
ABDALLAH D. HAMEY,          )
                            )
           Defendant.       )

This Court finds that defendant Abdallah D. Hamey pled guilty to Counts One through Six of a Six-Count Criminal Indictment charging him in Count One with Theft of Government Property in violation of Title 18, United States Code, Section 641. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 30; Change of Plea, ECF No. __.

This Court finds defendant Abdallah D. Hamey agreed to the imposition of the in personam criminal forfeiture money judgment of $85,353 set forth in the Plea Agreement. Plea Agreement, ECF No. 30 ; Change of Plea, ECF No. __.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 641, a specified unlawful activity as defined in Title 18, United States Code, Section 1956(c)(7)(D), or a conspiracy to commit such offense, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853(p).

///

This Court finds that Abdallah D. Hamey shall pay an in personam criminal forfeiture money judgment of $85,353 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Abdallah D. Hamey an in personam criminal forfeiture money judgment of $85,353.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 26 day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE