

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-043-GMN-(CWH) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| ABDALLAH D. HAMEY, | |
| Defendant. | |

This Court found that Abdallah D. Hamey shall pay the in personam criminal forfeiture money judgment of $85,353 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Indictment, ECF No. 1; Plea Agreement, ECF No. 30; Change of Plea, ECF No. 32; Preliminary Order of Forfeiture, ECF No. 34.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Abdallah D. Hamey the in personam criminal forfeiture money judgment of $85,353 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

///

///

///

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 31 day of Aug, 2017.

_____
UNITED STATES DISTRICT JUDGE